UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO. 22-24-1-DLB-MAS**
**CIVIL ACTION NO. 25-61-DLB-MAS**

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**


v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**


**ANTHONY W. MICHAELIS, et al.**                                   **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 79), wherein he recommends that Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 68) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's R&R (Doc. # 79) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside, or Correct a Sentence under 28 U.S.C. § 2255 (Doc. # 68) is hereby **DENIED**;

(3) This matter is **DISMISSED with prejudice** and **STRICKEN** from the Court's active docket;

1

(4) For the reasons set forth herein and in Judge Stinnett's R&R (Doc. # 79), the Court determines that there is no arguable merit for an appeal in this matter and, therefore, **A CERTIFICATE OF APPEALABILITY SHALL NOT ISSUE**; and

(5) An accompanying judgment shall be entered contemporaneously herewith.

This 22nd day of October, 2025.



Signed By:
*David L. Bunning*
Chief United States District Judge

"G:\Judge-DLB\DATA\ORDERS\Covington Criminal\2022\22-24 Order Adopting R&R denying 2255.docx"

2